```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

SHAWNA LEE JOHNSON                                         PLAINTIFF

        V.                    Civil No. 09-2060

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

                              JUDGMENT

On this 30th day of March 2010, there comes on for consideration the report and recommendation filed in this case on March 9, 2010, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 19). No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff is awarded attorney's fees in the amount of $1,106.25. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future. Further, this award should be paid directly to Plaintiff's counsel.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**